IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RA'OOF MUIR | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | |
| | : | |
| | : | NO. 02-CV-2779 |

**AFFIDAVIT OF HARRIET SPENCER, EXECUTIVE ASSISTANT TO THE PRISONS COMMISSIONER**

I, Harriet Spencer, Executive Assistant to the Prisons Commissioner, am responsible for addressing all inmate grievances that inmates have appealed from the facilities, including the Curran-Fromhold Correctional Facility, of the Philadelphia Prison System to the Prisons Commissioner . I hereby affirm that I have found no grievances filed by Ra'oof Muir, PID 758113.

I verify that the statements made in this Affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. §4904, relating to falsification to authorities.

_____
Harriet Spencer
Executive Assistant to the Prisons Commissioner
Philadelphia Prison System

Date: